## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **LOTFOLAH KAVEH AFRASIABI,** ) | |
| Individually and on behalf of ) | Case No.: |
| All others similarly situated, ) | **CLASS ACTION COMPLAINT** |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| **Fédération Internationale de Football** ) | |
| **Association,** ) | |
| **Gianni Infantino,** ) | |
| **Anonymous VAR Officials,** ) | |
| Defendants. ) | |

## <u>CLASS ACTION COMPLAINT AND DEMAND FOR JURY TRIAL</u>

Plaintiffs Lotfolah Kaveh Afrasiabi and others (collectively "Plaintiffs") bring

this action against the Fédération Internationale de Football Association ("FIFA"),

FIFA's current President, Gianni Infantino, and the unnamed VAR officials of FIFA

at the Iran-Egypt match at the 2026 FIFA World Cup, on behalf of themselves and

all others similarly situated, and make the following allegations based upon information and upon Plaintiffs' own knowledge. Defendants by their actions complained of herein deliberately discriminated against the Iran national team, ignored the multiple evidence of unfairness and discrimination against the Iran team, resulting in serious maltreatment of the team prior to and after each match, and engaged in deliberate conspiracy to deprive the Iran team of the opportunities to advance beyond the group stage at the 2026 World Cup. Plaintiffs demand a reward of one billion dollars for the damages inflicted upon them by the wrongful action of Defendants, and demand a trial by jury.

## PARTIES

1. Plaintiff Lotfolah Kaveh Afrasiabi is an individual and a resident of the Commonwealth of Massachusetts since 1973.

2. Defendant FIFA is the international governing body of association football headquartered in Zürich, Switzerland, with a corporate legal office in Miami, United States. Upon information, FIFA maintains strategic reserves and cash-equivalent assets of over four billion dollars.

3. Defendant Gianni Infantino is the current President of FIFA.

4. Defendants VAR Officials at the Iran-Egypt game, date June 26, 2026, are (unnamed) FIFA officials.

## JURISDICTION AND VENUE

5. Plaintiffs incorporate by reference all allegations as set forth herein.

6. This Court has jurisdiction over this action pursuant to the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1332 (d), because at least one class member is of diverse citizenship from one Defendant, there are more than 100 class members, and the aggregate amount in controversy exceeds $1000,0000.00, exclusive of interest and costs.

7. This Court has personal jurisdiction over Defendants because Defendants conduct business in the United States and the Commonwealth of Massachusetts and have sufficient minimum contacts with Massachusetts.

8. Venue is proper in this District under 28 U.S.C. § 1381 (b) because a substantial part of the events or omissions giving rise to the claims occurred in the United States, where many of the Plaintiffs are located.

## BACKGROUND FACTS

9. Plaintiffs incorporate by reference all preceding allegations as though fully set forth herein.

10. Plaintiffs are Iranian nationals and or of Iranian descent who support the Iranian national football team at the 2026 FIFA World Cup.

11. Defendant FIFA pursuant to its own rules and regulations, reflected in the 2026 FIFA Legal Handbook, is formally obligated to maintain "fair and equal" treatment of all the FIFA members participating in the FIFA world cup games.[1]

12. Contrary to its own standards and legal obligations above-mentioned, FIFA ignored and, in effect, tolerated a systematic pattern of unequal treatment and discrimination against the Iran national team at the 2026 World Cup, including the following:

(a) The deprivation of Iran team from adequate pre-game preparations;

(b) The FIFA's indifference to the insurmountable hardship imposed on Iran national team in the form of forced departures from the United States immediately after the completion of each match, as well as denial of adequate time for the Iran team to enter the United States in order to prepare for their matches, resulting in serious mental, emotional, and

---

[1] https://digitalhub.fifa.com/m/1469846228c22588/original/FIFA-Legal-Handbook-2025_EN.pdf.

physical hardship for both the players, their staff, as well as the Iranian spectators both inside and outside the stadiums;

© The FIFA President' callous disregard for the public complaint of mistreatment at the players' locker room.[2] Despite his promise to address the Iran team's complaint, Defendant Infantino took no action and was subsequently blamed by Mehdi Taremi, Captain of Iran team, for failing to help the Iran team, a situation decried by Taremi as "disastrous."[3]

(d) Clear and incontrovertible evidence that the VAR decision to rule out Iran's second goal at the Iran-Egypt match was erroneous and deliberately designed to deprive Iran of victory. The goal disallowed was slammed by the Fox Sports commentator Ibrahimovic as a "theft" requiring FIFA's apology to Iran,[4] in light of the clear evidence that an Egyptian defender was well behind the Iranian players:

---

[2] https://sports.yahoo.com/articles/fifa-president-gianni-infantino-promise-101204920.html.
[3] https://www.nytimes.com/athletic/7400502/2026/06/27/iran-mehdi-taremi-fifa-world-cup/. Also, https://www.themirror.com/sport/soccer/iran-2026-fifa-world-cup-1889352.
[4] https://www.instagram.com/reel/DaHEKqZTCrj/.



(E) The VAR decision to disallow Iran's goal above-mentioned was part of the deliberate attempt by the FIFA to deprive Iran of the realistic opportunity to advance to the next stage of the FIFA World Cup.

13. As a direct result of the actions and omissions of Defendants FIFA, FIFA's President, and the FIFA VAR officials herein named as Defendants, the Iran national team was eliminated at the group stage and did not qualify for the next round at the 2026 FIFA World Cup.[5]

---

[5] In addition to the above-said, the Iran team faced a myriad of other discriminatory practices pertaining to the denial of visas to certain Iran football federation high officials, as well as members of the Iranian media, which should have been addressed by FIFA and were not, contrary to FIFA's statutes.

14. The Defendants' actions and omissions regarding the Iran national team complained of herein deeply affected the identity and emotional state of the Plaintiffs and millions of Iranians and Iranian-Americans, by causing irreparable emotional harm on them in light of the egregious discriminations against their beloved national team. The FIFA's double standard, hypocrisy, and outright discrimination against the Iran team mentioned in this Complaint, reported in the US media,[6] created the inevitable impression that the Iranian people are treated as second class citizens undeserving equal treatment of their national team by FIFA. This was, and remains, a traumatic experience impacting the emotional well-being of the Plaintiffs and all others similarly situated both inside and outside Iran, particularly in the United States. In effect, Defendants' actions complained of herein convinced the Plaintiffs and others similarly situated that Iran was "robbed" of victory and the chance for advancing to the knock-off stage of the World Cup, thus creating a traumatic experience of victimization on their part. Defendants were required to the principle of fair and equal treatment of the Iran national team and failed in every respect in terms of upholding this principle.

---

[6] https://www.latimes.com/sports/soccer/story/2026-06-21/iran-right-fifa-united-states-world-cup-hosts.

## CLASS ACTION ALLEGATIONS

15. Plaintiffs incorporate by reference all preceding allegations as though fully set forth herein.

16. Plaintiffs bring this Action on behalf of themselves and as a class action, pursuant to the provisions of Rule 23 of the Federal Rules of Civil Procedure on behalf of the following classes:

### The Iranian People

All Iranian nationals and or Iranian-Americans who supported the Iran football national team and who were emotionally scarred by the flagrant discrimination against their beloved team above-mentioned.

Excluded from the Classes are anyone opposed to the Iran national team, including political dissidents and their media supporters. Plaintiffs reserve the right to modify or amend the Class definition, as appropriate, during the course of this litigation.

17. This action has been brought to and may be properly maintained on behalf of the Class proposed herein under Federal Rules of Civil Procedure 23.

### Numerocity: Fed. R. Ci. P. 23 (a) (1)

18. The members of the classes are so numerous, including over 91 million citizens of Iran and more than a million Iranians residing in US, and geographically dispersed that individual joinder of all members is impracticable. Plaintiffs are informed and believe that there are thousands upon thousands of members of the Class of Iranian people who are severely anguished by the discriminatory conduct of Defendants complained of and who support this Action. Members of this Class may be notified of the pendency of this Action by recognized, court-approved notice dissemination methods, which may include U.S. mail, electronic mail, internet posting, and or published notice.

### Commonality and Predominance: Fed. R. Civ. P 23 (a (2)

8

19. This Action involves common questions of law and fact, which predominate over any questions affecting individual members of the above-said Class, including, without limitation:

i. Whether the Defendants engaged in the (mis) conduct alleged herein;

ii. Whether the Defendant FIFA and its President, also named as a Defendant herein, breached their obligation toward the Iran national team by ignoring the cumulative evidence of flagrant mistreatment of, and unfair restrictions on, the Iran national team during the 2026 FIFA World Cup;

iii. Whether the Defendants unjustly discriminated against the Iran national team by engaging in a conspiracy to disallow Iran's legitimate goal at the Iran-Egypt match above-mentioned;[7]

iv. Whether the Defendants unjustly enriched themselves by engaging in the (mis) conduct against the Iran national team, complained of herein;

v. Whether the Plaintiffs and Class members are entitled to declaratory, equitable, or injunctive relief, and or other relief, and

vi. The amount and nature of relief to be awarded to Plaintiffs and the other members of the Class.

## Typicality: Fed. R. Civ. P. 23 (a (3)

20. Plaintiffs claims are typical of the claims of other members of the Class because, among other things, all such members were similarly situated and were comparably injured through Defendants' wrongful conduct as set forth herein.

## Adequacy: Fed. R. Civ. P. 23 (a0 (4)

---

[7] The elements of a civil conspiracy are: *(1) An agreement between two or more individuals, (2) To do an unlawful act or to do a lawful act in an unlawful way.* 42 U.S.C. § 1985.

21. Plaintiffs are adequate representatives for the Class because their interests do no conflict with the interests of other members of the Class they seek to represent. Plaintiffs have extensive legal experience and intend to prosecute this Action vigorously. The interests of the Class will be fairly and adequately protected by Plaintiffs.

## Superiority: Fed. R. Civ. P. 23 (b)(3)

22. A class action is superior to any other available mans for the fair and efficient adjudication of this matter, and no unusual difficulties are likely to be encountered in the management of this class action.

## Certification of Specific Issues: Fe. R. Civ. P. 23 ©(4)

23. To the extent that any described member of the Class herein does not meet the requirements of Rule 23 (b) (2) or (b) (3), Plaintiffs seek the certification of issues that will drive the litigation toward resolution.

## Declaratory and Injunctive Relief: Fed. R. Civ. P. 23 (b) (2)

24. Defendants have acted wrongfully and or failed to act properly on grounds generally applicable to Plaintiffs and the other members of the Class, thereby making appropriate final injunctive relief and declaratory relief, as described herein, with respect to the members of the Class as a whole.

## FIRST CASUE OF ACTION

## BREACH OF OBLIGATION TO FAIR AND EQUAL TREATMENT

(Plaintiffs and other Members of the Class of Iranian People)

25. Defendants by their failure to uphold the FIFA principle of fair and equal treatment of FIFA members with respect to the Iran national team breached their obligation toward the team and its national supporters including tens of thousands of Iranian-Americans in the United States.

26. The Defendants by engaging in a civil conspiracy to deny Iran's advance to the second stage of 2026 FIFA World Cup breached their obligations toward both the Iran team and its millions of supporters who are members of the Class in this Action.

## SECOND CAUSE OF ACTION

## CIVIL CONSPIRACY

(Plaintiffs and other Members of the Class of Iranian People)

27. Defendants by virtue of their civil conspiracy to prevent Iran's victory at the Iran-Egypt game aforementioned deprived the rights and privileges of the Plaintiffs and other members of the Class, who were entitled to the fair and equal treatment of their national team.

## THIRD CLASS OF ACTION

## INTENTIONAL INFLICTION OF EMOTIONAL DAMAGE

(Plaintiffs and other Members of the Class of Iranian People)

28. Defendants as a result of their wrongful action complained of herein deliberately and intentionally inflicted serious emotional damage on the Plaintiffs and other members of the Class.

## FOURTH CAUSE OF ACTION

## UNINTENTIONAL INFLICTION OF EMOTIONAL DAMAGE

(Plaintiffs and other Members of the Class of Iranian People)

29. Defendants as a result of their wrongful action complained of herein unintentionally inflicted serious emotional damage on the Plaintiffs and other members of the Class.

## JURY DEMAND AND JURY REWARD DEMAND

30. Plaintiffs demand a trial by jury and an amount of one billion dollars for recovery of damages sustained by them as a result of the wrongful action of Defendants.

Respectfully Submitted,

Lotfolah Kaveh Afrasiabi

kavehafrasiabi@yahoo.com

73-D Lionel Ave

Waltham, MA 02452

(617) 3199276

Date: June 29, 2026

Certificate of Service: A true copy of this Complaint has been served on the Defendants at: FIFA Legal Headquarter, 396 Alhambra Circle, 33134, Coral Gables, Miami, USA, on this date 06/30/26