Afrasiabi v. OSF

26-13002

KAVEH LOTFOLAH AFRASIABI

73-D Lionel Ave

Waltham, MA 02452

617-870-1526

Kavehafrasiabi@yahoo.Com